# EXHIBIT A

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

MARC KIRSCHNER, solely in his capacity as the LIQUIDATION TRUSTEE of the LE-NATURE'S LIQUIDATION TRUST,

    Plaintiff,

vs.

BDO SEIDMAN, LLP, BDO INTERNATIONAL, B.V., STICHTING BDO, and BDO GLOBAL COORDINATION B.V.,

    Defendants.

**JURY TRIAL DEMANDED.**

CIVIL DIVISION

G.D. No. 08- 023338

Code No. 010 - Contract

**PRAECIPE FOR WRIT OF SUMMONS**

Filed on behalf of Plaintiff MARC S. KIRSCHNER, solely in his capacity as the LIQUIDATION TRUSTEE of the LE-NATURE'S LIQUIDATION TRUST,

Counsel of Record for this Party:

Roy E. Leonard, Esq.
Pa. Id. No. 54782
rleonard@stonecipherlaw.com

George T. Snyder, Esq.
Pa. Id. No. 53525
gsnyder@stonecipherlaw.com

Richard O'Neill Earley, Esq.
Pa. Id. No. 66114
rearley@stonecipherlaw.com

STONECIPHER, CUNNINGHAM, BEARD & SCHMITT, P.C.
125 First Avenue
Pittsburgh, PA 15222-1590
Tel: (412) 391-8510

1675076

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| MARC KIRSCHNER, solely in his capacity as the LIQUIDATION TRUSTEE of the LE-NATURE'S LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BDO SEIDMAN, LLP, BDO INTERNATIONAL, B.V., STICHTING BDO, and BDO GLOBAL COORDINATION B.V.,<br><br>Defendants. | )<br>)<br>)<br>) G.D. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE FOR WRIT OF SUMMONS

TO: DEPARTMENT OF COURT RECORDS, CIVIL DIVISION

Please issue a Writ of Summons in Civil Action against the within-named defendants.

Dated: October 30, 2008

STONECIPHER, CUNNINGHAM,
BEARD & SCHMITT, P.C.

Roy F. Leonard, Esq.
Pa. Id. No. 54782
rleonard@stonecipherlaw.com

George T. Snyder, Esq.
Pa. Id. No. 53525
gsnyder@stonecipherlaw.com

Richard O'Neill Earley, Esq.
Pa. ID No. 66114
rearley@stonecipherlaw.com

125 First Avenue
Pittsburgh, PA 15222-1590
Tel: (412) 391-8510

Attorneys for Plaintiff Marc S. Kirschner, solely in his capacity as the Liquidation Trustee of the Le-Nature's Liquidation Trust